IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:09C3111 |
| Plaintiff, | ) | |
| | ) | MOTION FOR WRIT OF |
| vs. | ) | HABEAS CORPUS |
| | ) | AD PROSEQUENDUM |
| BRIAN ZIEMS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

1. The defendant is presently incarcerated in the Nebraska State Penitentiary, Lincoln, Nebraska, in the custody of the Warden of said facility.

2. It is necessary that the said defendant be before the Honorable Richard G. Kopf for a hearing beginning on or after November 3, 2009, at 8:45 a.m.

3. The requested Writ is for a federal proceeding unrelated to any criminal charges currently pending in state court.

WHEREFORE, the petitioner prays that the Clerk of this Court be ordered to issue a Writ of Habeas Corpus Ad Prosequendum to the Warden of the Nebraska State Penitentiary, the Lincoln Police Department, and the United States Marshals Service for the appearance of said defendant as requested above and for such other proceedings as the Court may direct.

UNITED STATES OF AMERICA,
Petitioner

DEBORAH R. GILG
United States Attorney

By: *[signature]*
SARA E. FULLERTON #18314
Assistant United States Attorney

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) ss |
| DISTRICT OF NEBRASKA | ) |

Sara E. Fullerton, being first duly sworn on oath says that she is an Assistant United States Attorney for the District of Nebraska, that she has read the foregoing Motion, and that the facts set forth therein are true.

_____
SARA E. FULLERTON #18314
Assistant U.S. Attorney

Subscribed to and sworn to before me this 23rd day of October, 2009.

ANNETTE L. WITTE
MY COMMISSION EXPIRES
October 20, 2010

_____
Notary Public