IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 4:09CR3111 |
| Plaintiff, | ) | |
| | ) | ORDER FOR WRIT OF |
| vs. | ) | HABEAS CORPUS |
| | ) | AD PROSEQUENDUM |
| HECTOR CERVANTES RIVERA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as requested.

Dated October 23, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge