IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:09CR3111 |
| v. | ) | |
| HECTOR N. CERVANTES RIVERA, | ) | ORDER ON MOTION TO SEAL |
| Defendants. | ) | |

IT IS ORDERED the Motion to Seal, ECF No. 120, is granted.

Dated April 30, 2012.

BY THE COURT

*Warren K. Urbom*

Warren K. Urbom
United States Senior District Judge