IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:09CR3111 |
| v. | ) | |
| HECTOR N. CERVANTES RIVERA, | ) | ORDER ON ORAL MOTION TO |
| | ) | CONTINUE RULE 35(b) HEARING |
| Defendants. | ) | |

Counsel for the defendant orally requested a continuance of the Rule 35(b) hearing and with no objection from plaintiff's counsel,

IT IS ORDERED that:

1. the Rule 35(b) hearing is continued to July 2, 2012, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

2. the defendant has waived his appearance at this hearing.

Dated May 14, 2012.

BY THE COURT

*Warren K. Urbom*

United States Senior District Judge